LAURIA GUTTMAN, an Infant, etc., by EVA WEISS, Her Guardian ad Litem, Respondent, v. BORIS KORETSKY, Appellant.— Order denying defendant's motion for a new trial unanimously affirmed, but without costs, respondent having neither appeared nor filed a brief. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

SUSAN KELLY, Respondent, v. WILLIAM FINK, Appellant.— Order granting plaintiff's motion to set aside verdict reversed upon the law and the facts, with costs, and verdict reinstated, with costs. We are of opinion that the verdict is sustained by the evidence. There is nothing in the record to indicate that it was the result of either passion or prejudice. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

EVA KOWENSKY, Respondent, v. HARRY KOWENSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

BERNARD LACHOW, Respondent, v. BROOKLYN EASTERN DISTRICT TERMINAL, INC., Appellant.— Order denying defendant's motion to bring in Williamsburgh-Flushing Scrap Iron Corporation as a party defendant reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Fedden* v. *Brooklyn Eastern District Terminal* (204 App. Div. 741); *Travlos* v. *Commercial Union of America, Inc.* (217 id. 352), and *Hailfinger* v. *Meyer* (215 id. 35). Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

ANN JACOBS LENHART, as Administratrix, etc., of WILLIAM LEONARD LENHART, Deceased, Respondent, v. DANIEL J. SHEA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.